# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MELINDA STINCHFIELD,

                    Plaintiff,              CASE NO.: 14-cv-559 DWF-TNL

v.                                 **STIPULATED ESI DISCOVERY PLAN**

MEDICREDIT, INC.,

                    Defendant.

Pursuant to the Pretrial Scheduling Order (Doc. No. 9), the parties submit this Stipulated ESI Discovery Plan for the Court's Review:

The parties believe that Electronically Stored Information (ESI) will be limited in this matter. The parties shall preserve all ESI that bear on any claims, defenses, or the subject matter of this lawsuit. ESI will be produced in PDF format, or a format to be agreed upon by the parties. The parties further agree to cooperate with each other to resolve any ESI issues.

Dated:  May 16, 2014

Madgett & Chan, LLC

MOSS & BARNETT
A Professional Association


s/Ryan D. Peterson
Ryan D. Peterson, #0389607
619 South Tenth Street
Suite 301
Minneapolis, MN 55404
Telephone: (612) 367-6568
Fax: (888) 588-1434
rpeterson@madgettlaw.com
***Attorney for Plaintiff
Melinda Stinchfield***

s/ Michael S. Poncin
Michael S. Poncin, (Minn. Bar #296417)
James R. Bedell, (Minn. Bar #351544)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 877-5000
Facsimile:  (612) 877-5999
PoncinM@moss-barnett.com
BedellJ@moss-barnett.com.
***Attorneys for Defendant
MEDICREDIT, INC.***

2496318v1